**MEMO ENDORSED**

# LAW OFFICES OF GAMBINO & DEMERS LLC

222 CHURCH STREET  
POUGHKEEPSIE, NEW YORK 12601

PHONE (845) 473-0427  
FAX (845) 473-0428

THOMAS M. GAMBINO, ESQ.  
KIM P. DEMERS, ESQ.

TGAMBINO.GAMBINODEMERS@GMAIL.COM  
KDEMERS.GAMBINODEMERS@GMAIL.COM

October 16, 2024

**Via ECF**
Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Re:    **Bryan Swanhart, et al, v. State of New York, et al – Docket # 20-cv-6819**

Dear Judge Roman:

This letter is jointly submitted by counsel for all parties.  We are presently scheduled to appear before your Honor on October 23, 2024 at 11:00 a.m. for our next case management conference.  Counsel have been appearing before Magistrate McCarthy pursuant to pending discovery issues.  Counsel appeared before Magistrate McCarthy on September 16, 2024, at which time discovery deadline was extend to November 1, 2024.  We have another conference scheduled with Magistrate McCarthy on November 4, 2024 to finalize all outstanding discovery issues.

Counsel is therefore jointly requesting an adjournment of our October 23, 2024 appearance be adjourned to a future date.  Thank you for your consideration.

Very truly yours,

*/s Thomas M. Gambino*

Thomas M. Gambino, Esq.

c:    John Jerman, Esq. – via ECF

**In light of the extension of the discovery deadlines, the parties' joint request to adjourn the Oct. 23, 2024 Status Teleconf is GRANTED. The Status Teleconf is adjourned to Dec. 5, 2024 at 11:00 am. Counsel are directed to this Court's Order at ECF No. 59 for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 73.**
**Dated: White Plains, NY**
           **October 18, 2024**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/18/2024

1