



**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

November 26, 2024

**In light of the extension of the discovery deadline, the parties' request to adjourn the Dec. 5, 2024 Status Teleconf. is GRANTED. The Status Teleconf. is adjourned to Jan 23, 2024 at 1:00 pm. Dial-in instructions will follow. Clerk of Court is requested to terminate the motion at ECF No. 78. Dated: November 27, 2024**
**White Plains, NY**

**SO ORDERED:**

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

<u>Via ECF</u>
Hon. Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

Re: <u>Swanhart v. Jackson,</u> 20 CV 6819 (NSR) (JSM)

Dear Judge Román:

    This letter is jointly submitted by counsel for all parties. Per your order dated October 18, 2024, the October 23, 2024 Status teleconference was adjourned to December 5, 2024 at 11:00 a.m. <u>See ECF Doc. # 73</u>.

    Based on the need for additional discovery in this matter, Judge McCarthy extended the deadline for the completion of discovery in this matter to December 13, 2024. The Judge also adjourned the telephone conference set for November 4, 2024, to December 20, 2024 at 11:00 a.m. <u>See ECF Doc. # 76.</u> As such, both parties are requesting an adjournment of our December 5, 2024, conference to a future date.

    We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ John E. Jerman
John E. Jerman
Assistant Attorney General
28 Liberty Street, 18th Floor
(212) 416-8476
John.Jerman@ag.ny.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2024

cc: Thomas Gambino, Esq.-via ECF